FILED
DEC 1 2 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 17-30202-MJR |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 2422(b), 2423(b) |
| JOHN W. FRAZIER, ) | |
| ) | |
| Defendant ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### ENTICEMENT OF A MINOR

From on or about November 2, 2017 to November 7, 2017, in Madison County, Illinois, within the Southern District of Illinois,

**JOHN W. FRAZIER,**

defendant herein, using a facility and means of interstate commerce, that is Facebook, did knowingly persuade, induce, or entice an individual who had not attained the age of 18 years to engage in any sexual activity for which the defendant could be charged with a criminal offense under Illinois law, being Aggravated Criminal Sexual Abuse, in violation of 720 ILCS 5/11-1.60(d), or attempted to do so, all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

#### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about November 7, 2017, in Madison County, Illinois, within the Southern District

of Illinois, and the State of Kentucky,

**JOHN W. FRAZIER,**

defendant herein, did knowingly travel in interstate commerce from Kentucky to Madison County, Illinois, for the purpose of engaging in illicit sexual conduct, that being a sexual act as defined in section 2423(f)(1), with a person under 18 years of age, all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

*[signature]*
LAURA REPPERT
Assistant United States Attorney

*[signature]*
DONALD S. BOYCE
United States Attorney

Recommended Bond:  Detention