IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-CR-30202-MJR |
| | ) | |
| JOHN W. FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and enters into the following Stipulation of Facts with Defendant:

1) On November 14, 2017, the National Center for Missing and Exploited Children (NCMEC) generated CyberTip Report Number 25544870, having received information from Facebook that one of its users, Defendant, who is 24 years old, and another user, A.D., who reported being 15 years old, had met to engage in sexual activity. Facebook provided numerous excerpts from conversations between Defendant and A.D. between the dates of November 2, 2017 – November 13, 2017.

2) Through subsequent investigation, A.D.'s identity was confirmed as was her date of birth, which was in September of 2002.

3) On Thursday, November 2, 2017, during a conversation between Defendant and A.D., Defendant asked A.D. if she thought her grandmother, who is A.D.'s legal guardian, would "sign the paper for us to get married when ur [sic] 17…?"

4) On Sunday, November 5, 2017, Defendant tells A.D. that he's "booking the hotel now" asking her if she is "nervous." He then sends an image depicting an Expedia reservation

confirmation for Americas Best Value Inn in Collinsville, Illinois from Tuesday, November 7 through Thursday, November 9. He then states to A.D., "now it's official… Husband and wife finally meet."

5) On Thursday, November 9, 2017, the following conversation takes place between Defendant and A.D. (A.D. is identified as MV for "minor victim"):

```
FRAZIER:    Did u hurt ur foot or something else
MV:         Not my foot?
FRAZIER:    Where my finger was in?
MV:         Idk
FRAZIER:    *moves down and kisses ur pussy*
MV:         Hey
FRAZIER:    I did that yesterday u know
```

Later in the conversation, Defendant apologizes for "all the bad stuff [he] did." Shortly after that, the following exchange occurs:

```
FRAZIER:    I don't know if u even liked it
MV:         It hurtttttt
MV:         Was I really trying to get closer to you?
FRAZIER:    Yea
FRAZIER:    U kept pressing ur body against me
MV:         Oh
MV:         When?
FRAZIER:    I noticed it when we were just cuddling in the bed and I rapped my arms around you
MV:         Oh
FRAZIER:    Did me hugging and kissing ur head and just touching you turn you on
MV:         Idk
```

2

| | |
|---|---|
| FRAZIER: | Because u were already wet before I started fingering you |
| MV: | Okay? |
| FRAZIER: | That's what made me keep going |
| MV: | Okay |
| FRAZIER: | If u weren't wet I would have stopped |
| MV: | Otay? |
| MV: | It hurtttttttttttt |
| MV: | Like really bad |
| FRAZIER: | I'm sorry baby u should have said to stop |
| FRAZIER: | A few things could have happened |
| MV: | Huh |
| FRAZIER: | I broke ur himen, I cut u with my nail, or u just so tight it hurt |
| MV: | Your nails are sharp btw |
| FRAZIER: | I'm sorry |
| MV: | Its otay |
| FRAZIER: | So u think I scratched inside? |
| MV: | Idk |
| FRAZIER: | I'm sorry baby girl |
| FRAZIER: | Is it bad....if you had said yes.... |
| MV: | Huh |
| FRAZIER: | I would have tried to give you a baby... |

Later in the conversation, Defendant admits that when he "fingered" A.D., he "used 2 fingers."

6) Defendant was arrested at his home in Owensboro, Kentucky and was found to be wearing a ring with his first name and the victim's first name inscribed. He was subsequently interviewed. He acknowledged that A.D. was his "girlfriend" and that he knew she was 15 years old. He admitted travelling from Kentucky to Collinsville, Illinois

3

to visit A.D. He admitted communicating with A.D. on Facebook and having conversations of a sexual nature. He admitted sending photographs of his penis to A.D. and requesting nude pictures of A.D.

7) This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the relevant conduct.

8) All relevant events occurred within the Southern District of Illinois.

UNITED STATES OF AMERICA,

DONALD S. BOYCE
United States Attorney

x _____
JOHN W. FRAZIER
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
GARY MILONE
Attorney for Defendant

Date: 4-6-2018

Date: 4/6/18